**FILED**

MAR 2 2 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Viola J. Scott<br>1101 16th Street, NE,<br>Washington, DC 20002<br><br>    **Plaintiff,**<br><br>v.<br><br>Bank of America<br>100 Tryon Street<br>Charlotte, NC 28255<br><br>Serve:<br>    CT Corporation<br>    1015 15th Street, NW<br>    Suite 1000<br>    Washington, DC 20005<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case: 1:10-cv-00468**<br>**Assigned To : Urbina, Ricardo M.**<br>**Assign. Date : 3/22/2010**<br>**Description: Employ. Discrim.** |

## COMPLAINT
### (D.C. Human Rights Act)

### INTRODUCTION

1.    Plaintiff, Viola Scott, brings this civil action for disability discrimination and retaliation pursuant to the District of Columbia Human Rights Act, D.C. Code § 2-1403.16.

### JURISDICTION

2.    This Court has subject matter jurisdiction over the claims brought under the District of Columbia Human Rights Act pursuant to 28 U.S.C. § 1332, as there is diversity of citizenship between the parties and there is more than $75,000 at issue exclusive of interest and costs.

### Venue

3.    Venue is proper in this judicial district under 28 U.S.C. § 1391(a)(2) as the events giving rise

to the claims occurred in this district.

## PARTIES

4.      Plaintiff Viola Scott is a citizen of Washington, D.C. and has been employed by the Bank of America in the District of Columbia since March 2000.

5.      Defendant Bank of America District of Columbia is incorporated in Delaware, headquartered in North Carolina, and employs hundreds of employees in the District of Columbia, where it operates several bank branches.

## STATEMENT OF CLAIMS

6.      Ms. Scott brings this complaint because Defendant denied her a reasonable accommodation for her rheumatoid arthritis in violation of the D.C. Human Rights Act and retaliated against her for requesting accommodations by transferring her to a position that exacerbated her arthritis.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays that this Court enter judgment in her favor and against defendants on all claims brought and provide her with the following relief:

(a)     declare that defendant has subjected plaintiff to unlawful discrimination based on her disability and retaliation for her requests for accommodation;

(b)     award plaintiff compensatory damages against defendant for unlawful discrimination and retaliation in the amount of $1,000,000;

(c)     award plaintiff punitive damages in the amount of $1,000,000;

(d)     order defendants to place plaintiff at a branch with an accommodation for her arthritis;;

(e)     enjoin defendants from discriminating or retaliating against plaintiff in the future;

(f)    award plaintiff the costs of bringing and maintaining this civil action and the administrative charges that preceded it, including reasonable attorneys' fees under D.C. Code §§ 2-1403.16(b) and 2-1403.13(a)(1)(E);

(g)    award plaintiff such other and further relief as the interests of justice may require.

## JURY DEMAND

Plaintiff requests a jury trial on all issues of fact and damages.

Respectfully submitted,

_____

Richard L. Swick
D.C. Bar No. 936930
Ellen K. Renaud
D.C. Bar No. 479376
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C.  20005
(202) 842-0300

Attorneys for Plaintiff